COM.

v.

**BRISBON, K.**

**1387 EDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–15–CR–0000017–1997
(Chester)

Affirmed

COM.

v.

**WOODALL, T.**

**1566 EDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–51–CR–1208311–2003
(Philadelphia)

Vacated/Remanded

**IN the INTEREST OF: K.S., a Minor**

**1662 EDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–51–DP–0015141–2005
(Philadelphia)
Remanded Jurisdiction Retained

**IN the INTEREST OF: T.B., a Minor**

**1677 EDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–51–DP–0000921–2016 (Philadelphia)
Remanded Jurisdiction Retained

**IN the INTEREST OF: M.B., a Minor**

**1681 EDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–51–DP–0000920–2016
(Philadelphia)
Remanded Jurisdiction Retained